HENRY W. DOREMUS et al., respondents,

*v.*

THE MAYOR AND ALDERMEN OF THE CITY OF PATERSON,
appellants.

[Argued July 13th, 1906.   Decided July 13th, 1906.]

On appeal from an order of the court of chancery, advised by Vice-Chancellor Stevens, whose opinion is reported in *70 N. J. Eq. (4 Robb.) 296.*

*Mr. Edmund G. Stalter* and *Mr. George S. Hilton,* for the appellants.

*Messrs. Lindabury, Depue & Faulks,* for the respondents.

PER CURIAM.

The order appealed from is affirmed, for the reasons set out in the opinion delivered in the court of chancery by Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRISON, FORT, GARRETSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN—11.

*For reversal*—None.